(November 23, 1942.)

ELAINE ALEXANDER, as Administratrix de bonis non of FELIX ARNDT, Deceased, Respondent, v. SAM FOX et al., Doing Business under the Firm Name of SAM FOX PUBLISHING COMPANY et al., Appellants.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

DARIUS BABBA, JR., an Infant, by DARIUS BABBA, His Guardian ad Litem, et al., Respondents, v. THE YONKERS NATIONAL BANK AND TRUST COMPANY, Appellant.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JOHN .J. CLAASEN, Respondent, v. EDELBRAU BREWERY, INC., Appellant.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

J. HENRY ESSER, Respondent, v. VILLAGE OF MAMARONECK, Appellant.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

GEORGE GROSS, Respondent, v. MADISON LONG ISLAND PERSONAL LOAN, INC., Appellant.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for Whitestone Bridge Approach in the Borough of Queens, City of New York. 2674 BROADWAY CORPORATION, Appellant; CITY OF NEW YORK, Respondent.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of HAROLD F. DAVIS, Respondent, against EDGAR A. SHARP et al., Constituting the Town Board of the Town of Brookhaven, Appellants.— Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.